IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| THE COMMONWEALTH OF VIRGINIA, VIRGINIA OFFICE FOR PROTECTION AND ADVOCACY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:07cv734 ) |
| JAMES S. REINHARD, in his official capacity as Commissioner, Department of Mental Health, Mental Retardation, and Substance Abuse Services, of the Commonwealth of Virginia, et al., | ) ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE BY THE UNITED STATES OF ITS NON-PARTICIPATION IN THIS ACTION**

In its February 15, 2008 Order, this Court notified the United States that it appeared "that the validity of a federal regulation[,] 45 C.F.R. § 1386.22(c)(1) is in issue," and "afforded an opportunity" for the United States "to comment upon the validity of the regulation." The United States is appreciative of the Court's notice concerning the presentation of this issue in this case.

Upon full consideration of the Court's invitation, including an examination of the facts and legal issues in this action as well as the views of the promulgating agency, the United States has concluded it does not need to become involved at this time. Should involvement of the United States become appropriate, the United States reserves the right to attend to its interests pursuant to 28 U.S.C. § 517 and all other provisions of law.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY


          /s/
Debra J. Prillaman
VSB No. 15844
Assistant United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia  23219
Tel. 804-819-5400
Fax. 804-819-7417
debra.prillaman@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the _9th__ day of April, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which caused a copy of this brief to be served by NEF upon the following:

>William E. Thro, Esquire
>Office of the Attorney General
>900 E. Main Street
>Richmond, Virginia 23219
>Tel. (804) 786-2436
>Fax. (804) 786-1991
>wthro@oag.state.va.us
>
>Stephen R. McCullough
>Office of the Attorney General
>900 E. Main Street
>Richmond, Virginia 23219
>Tel. (804) 786-2436
>Fax. (804) 786-1991
>smccullough@oag.state.va.us
>
>Jane S. Hickey, Esquire
>Office of the Attorney General
>900 E. Main Street
>Richmond, Virginia 23219
>Tel. (804) 786-1927
>Fax. (804) 371-8718
>jhickey@oag.state.va.us
>
>Allyson K. Tysinger, Esquire
>Office of the Attorney General
>900 E. Main Street
>Richmond, Virginia 23219
>Tel. (804) 225-4205
>Fax. (804) 371-8718
>atysinger@oag.state.va.us

Paul J. Buckley, Esquire
Virginia Office for Protection and Advocacy
1910 Byrd Avenue, Suite 5
Richmond, Virginia 23230
Tel. (804) 662-7082
Fax. (804) 662-7431
paul.buckley@vopa.virginia.gov

_____/s/_____
Debra J. Prillaman
Assistant United States Attorney
VSB No. 15844
600 E. Main Street, Suite 1800
Richmond, Virginia 23219
Tel. (804) 819-5400
Fax. (804) 81907417
Debra.prillaman@usdoj.gov